UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Aileen M. Cannon**

| Case | Case No. |
|---|---|
| Pressley v. Sec., Fl. Dept. of Corr. (Plaintiff v. Defendant) | 2:19-cv-14271-KMM |
| VEGA v. Harbor Chase of Vero Beach, LLC (Plaintiff v. Defendant) | 2:19-cv-14387-KMM |
| Hacking, et al v. USA (Plaintiff v. Defendant) | 2:19-cv-14449-KMM |
| Miles v. Young (Plaintiff v. Defendant) | 2:20-cv-14217-KMM |
| Mirand v. Walt Disney Parks and Resorts (Plaintiff v. Defendant) | 2:20-cv-14265-KMM |
| Cammalleri v. Sec., Fl. Dept. of Corr. (Plaintiff v. Defendant) | 2:20-cv-14351-KMM |
| O'Brien, et al. v. Wal-Mart Stores East, LP (Plaintiff v. Defendant) | 2:20-cv-14375-KMM |
| Settle v. Shwartz, et al. (Plaintiff v. Defendant) | 2:20-cv-14393-KMM |
| Marksman Security Corp. v. PG Security, Inc. (Plaintiff v. Defendant) | 0:19-cv-62467-KMM |
| MSP Rec. Claims Ser. LLC v. Tokio Marine (Plaintiff v. Defendant) | 1:20-cv-24199-KMM |
| Marine Diesel Repairs v. M/Y Dream On (Plaintiff v. Defendant) | 0:20-cv-61375-KMM |
| Snyder, et al. v. Royal Carribean Cruises (Plaintiff v. Defendant) | 1:20-cv-21429-KMM |
| Gonzalez v. Lansing, et al. (Plaintiff v. Defendant) | 1:19-cv-23152-KMM |
| Perez Avelar v. Family Dollar Stores of Fl. (Plaintiff v. Defendant) | 2:20-cv-14140-KMM |
| Borden v. Kampgrounds of Am., Inc. (Plaintiff v. Defendant) | 2:20-cv-14332-KMM |
| Harris v. Travel Resorts of Am., Inc. (Plaintiff v. Defendant) | 2:20-cv-14368-KMM |
| SEC v. Gity, et al. (Plaintiff v. Defendant) | 2:20-cv-14342-KMM |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Aileen M. Cannon.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Aileen M. Cannon** as of ___11/23/20___ for all further proceedings.  It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Aileen M. Cannon.**  It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Aileen M. Cannon**.  It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials **AMC** in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers this _23rd_ day of November, 2020.

*K. M. Moore*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties