UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 2:19-CV-1487-MOORE/MAYNARD

KAIRA VEGA,

    Plaintiff,

v

HARBOR CHASE OF VERO BEACH, LLC. and,

REGENCY PARK OF VERO BEACH, LLC.,

    Defendant.

_____/

## REPORT OF MEDIATION

A mediation conference was held on December 7, 2020 for the above-referenced matter. Mediator KAREN EVANS conducted the proceedings via ZOOM. All parties and their respective counsel were present.

_____ A complete agreement was reached.

_____ A partial agreement was reached.

_____ No agreement was reached.

__X__ The mediation was adjourned.

*Karen Evans*
Karen Evans, Mediator

*December 7, 2020*
Date